PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ralbert Olacio　　　　　　　　　　　　　　Cr.: 12-00117-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 62130

Name of Sentencing Judicial Officer:　THE HONORABLE ESTHER SALAS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/02/2012

Original Offense: 18:1349; Attempt and Conspiracy to Commit Fraud.

Original Sentence: 41 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, Restitution $868,125, No New Debt/Credit

Type of Supervision: Supervised Release　　　　　　　Date Supervision Commenced: 10/02/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On February 10, 2017, NYPD officers conducted a motor vehicle stop on Olacio for operating a motor vehicle with excessive tints. Further investigation revealed that Olacio had an active warrant in Brooklyn, NY (Docket number 2011KN083298). Due to the active warrant and tinted windows, Olacio was arrested and arraigned in Kings County Criminal Court charging him with equipment violation, Safety Glass other Vehicle, in violation of NYS Vehicle and Traffic Law 375.12. Olacio was assessed a $155 fine. Docket Number 2011KN083298 predates his commencement of supervised release and is not considered violation conduct. |
| 2 | Although Olacio is making payments toward his restitution, he has only been paying $100 per month, rather than $150 per month as ordered by the Court. |

U.S. Probation Officer Action:

With regards to violation #1, on February 16, 2017, Olacio has satisfied the fine. Regarding violation #2, the probation officer in the Eastern District of New York addressed this verbally with Olacio who assures his future payments will be made in accordance with the Court-ordered amount.

Respectfully submitted,

By: Amy J. Capozzolo

Date: 04/12/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Esther Salas, U.S.D.J.
April 18, 2017
Date